**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

SHAKEEM T. BRYANT,

          Plaintiff,

          v.

COMM. M. HICKS, *et al.*,

          Defendants.
_____

Case No. 3:20-cv-06697 (BRM) (TJB)

**MEMORANDUM & ORDER**

**THIS MATTER** is before this Court on Plaintiff's filing of a complaint and motions without paying the $400 filing fee or filing an application to proceed *in forma pauperis*. (ECF No. 1.) Accordingly, and for good cause appearing,

**IT IS** this 30th day of June 2020,

**ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** this case; Plaintiff is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations time bar provided the original complaint was timely; and it is further

**ORDERED** that Plaintiff may have the above entitled case reopened, if, within thirty (30) days of the date of the entry of this Order, Plaintiff either pre-pays the $400 filing fee **or** submits to the Clerk a complete signed *in forma pauperis* application; and it is further

**ORDERED** that upon receipt of a writing from Plaintiff stating that he wishes to reopen this case, and either a complete *in forma pauperis* application or filing fee within the time allotted by this Court, the Clerk will be directed to reopen this case; and it is further

**ORDERED** that all pending motions shall be **ADMINISTRATIVELY TERMINATED** and may be refiled if appropriate if and when the case is reopened; and it is finally

**ORDERED** that the Clerk shall serve on Plaintiff by regular U.S. mail: (1) this Memorandum & Order; and (2) a blank form application to proceed *in forma pauperis*.

*/s/Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**
